O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR16-493-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| GILBERT MARK PERALES, | ) | |
| Defendant. | ) | |

On December 5, 2017 and October 11, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on November 17, 2016. Government counsel, William Rollins, the defendant and his appointed Deputy Federal Public Defender attorney, Ashfaq Chowdhury, were present. The U.S. Probation Officer, Jane Alcala, was also present.

The defendant admitted the allegations, in violation of his supervised release, as stated in the Petition filed on November 17, 2016. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on February 12, 2001 and June 12, 2015.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's Supervised Release is hereby revoked and reinstated, under the same terms and conditions previously imposed. Defendant's supervision shall continue until expiration, with no added supervision to follow.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: October 11, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: \_\_\_/S/_____
Catherine M. Jeang, Deputy Clerk